**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6681**

---

FRANK AUSTIN ARCHER,

Plaintiff - Appellant,

versus

WILBUR F. AMONETTE, Doctor; TIMOTHY PAUL
THOMPSON; REBECCA ARNEY, Nurse; DEBORAH
MICHELLE KESLING, Nurse,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, District Judge.
(7:07-cv-00088-GEC)

---

Submitted: October 11, 2007          Decided: October 17, 2007

---

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Frank Austin Archer, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Austin Archer appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Archer v. Amonette, No. 7:07-cv-00088-GEC (W.D. Va. filed on Apr. 9, 2007 & entered on Apr. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED